# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SA'SHAYE R. BLOCKER,

    Plaintiff,

v.                                                              Case No: 8:21-cv-906-CEH-TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on October 14, 2022 (Doc. 22). In the Report and Recommendation, Magistrate Judge Wilson recommends that the decision of the Commissioner of Social Security be affirmed and the case closed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The decision of the Commissioner of the Social Security Administration is **AFFIRMED,** as it is based on substantial evidence.

(3) The Clerk is directed to enter judgment in favor of the Commissioner, terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on November 3, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record